# United States Court of Appeals

## For the First Circuit

No. 04-1853

UNITED STATES OF AMERICA,

Appellee,

v.

JULIO PÉREZ-RUIZ,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on August 26, 2005, should be amended as follows:

On page 6, line 7 of 1st paragraph, replace "2005 WL 1491483, at *2 (1st Cir. June 24, 2005)," with "110 (1st Cir. 2005),".

On page 6, line 14 of 1st paragraph, replace "*3" with "111".